UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DAVID GEORGE RODRIGUEZ,
Institutional ID No. 00752635

        Plaintiff,

v.

EMILY J. JACOBS, *et al.*,

        Defendant.

No. 1:21-CV-00137-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated October 15, 2021.

_____
JAMES WESLEY HENDRIX
United States District Judge